THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK SQUICIARINO and ANTHONY STRUZZIERI, Appellants.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

BARNET RIFKIN, Appellant, v. ED ZIT HOLDING CORPORATION, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

BYRON C. SHEPARD, Respondent, v. THE CITY OF NEW YORK, Appellant; JOHN F. MEAD and GEORGE JENKINS, Defendants.— Motion for stay granted by default. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

FLORENCE H. SHEPARD, Respondent, v. THE CITY OF NEW YORK, Appellant; JOHN F. MEAD and GEORGE JENKINS, Defendants.— Motion for stay granted by default. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

PAULINE SILVERING, Appellant, v. JOSEPH GIMPEL, Respondent.— Motion to stay prosecution of certain Municipal Court actions pending appeal granted by default. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

PETER WOLZ, Appellant, v. AVENUE A REALTY CORPORATION and Others, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

VICTOR (VINCENT) ZMYRKO and THOMAS E. GAFFNEY, as Receiver, Appellants, v. JACOB (JOSEPH) STRAUB, Respondent.— Motion to add appeals to the December term calendar denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

## THIRD DEPARTMENT, NOVEMBER, 1931.

In the Matter of the Claim for Compensation under the Workmen's Compensation Law of WILLIAM T. PRIESTLEY, Appellant, against H. HENTZ & Co. and Another, Respondents.

STATE INDUSTRIAL BOARD, Respondent.*

Appeal from a decision of the State Industrial Board noticed on November 15, 1930.

Decision affirmed, on the authority of Harby v. Marwell Bros., Inc. (203 App. Div. 525; affd., 235 N. Y. 504); Matter of Jakeway v. Bauer Co. (218 App. Div. 302); Davidson v. Pansy Waist Co. (240 N. Y. 584). All concur, except Hill, J., who dissents, with an opinion.

HILL, J. (dissenting). The Industrial Board has decided that accidental injuries which claimant sustained did not arise out of and in the course of his employment. He was a salesman of stocks and bonds, employed to travel through the south and west. Under his contract, he received a weekly salary, and all of his expenses were paid. He was injured at about nine-thirty o'clock in the evening, while walking upon the streets of Oklahoma City. He had interviewed the last customer

* Affd., 258 N. Y. 618.